[No. 31957-8-II. Division Two. August 9, 2005.]

CORNERSTONE LOGISTICS, L.L.C., *Appellant*, v. WORLD CLASS TRAVEL, L.L.C., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 03-2-07462-8, Robert L. Harris, J., entered July 2, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 50013-9-I. Division One. August 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY FARROW, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 01-1-00115-0, Vickie I. Churchill, J., entered January 24, 2002. *Reversed* by unpublished opinion per Cook, J. Pro Tem., concurred in by Kennedy and Schindler, JJ.

[No. 52294-9-I. Division One. August 15, 2005.]

DEREK WALTERS, *Appellant*, v. A.A.A. WATERPROOFING, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-10095-3, Anthony P. Wartnik, J., entered April 25, 2003. *Remanded* by unpublished opinion per Baker, J., concurred in by Coleman and Schindler, JJ.

[No. 53593-5-I. Division One. August 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVERN R. CRAVEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01425-3, Joseph A. Thibodeau, J., entered November 17, 2003. *Affirmed* by unpublished per curiam opinion.